IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| MICHELLE ROBERTSON | : | |
| & | : | |
| JOANN ROBERTSON, | : | |
| | : | DOCKET NO.: 19-16797-JKF |
| _____DEBTORS_____ | : | |
| | : | |
| COMMONWEALTH OF PENNSYLVANIA | : | OBJECTION TO PLAN |
| DEPARTMENT OF REVENUE, | : | |
| | : | |
| MOVANT | : | HEARING DATE & TIME: |
| | : | FEBRUARY 12, 2020, at 9:30 A.M. |
| v. | : | |
| | : | |
| MICHELLE ROBERTSON | : | |
| & | : | |
| JOANN ROBERTSON, | : | |
| | : | RELATED TO DOCKET NO.: 20 |
| RESPONDENTS | : | |

CERTIFICATE OF SERVICE FOR PENNSYLVANIA
DEPARTMENT OF REVENUE'S OBJECTION TO
DEBTORS' CHAPTER 13 PLAN

I, Joseph J. Swartz, certify under penalty of perjury that I served the above captioned

pleading, Objection to Chapter 13 Plan, on the parties at the below addresses, on January 6, 2020,

by:

**19-16797-JKF Notice will be electronically mailed to:**

Kevin G. McDonald at bkgroup@kmllawgroup.com

Paul S. Peters at ppeters@pmrbm.com

Michelle Jeanne Stranen at mstranen@marcushoffman.com

Ann E. Swartz at ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com

Joseph J. Swartz at RA-occbankruptcy2@state.pa.us, RA-occbankruptcy6@state.pa.us

United States Trustee at USTPRegion03.PH.ECF@usdoj.gov

Scott F. Waterman at ECFMail@ReadingCh13.com

**19-16797-JKF Notice will not be electronically mailed to:**

Capital One Auto Finance
c/o AIS Portfolio Services, LP
Dept. APS
4515 North Santa Fe Avenue
Oklahoma City, OK  73118

EXECUTED ON:  January 7, 2020

Respectfully submitted by,

By:     /s/ Joseph J. Swartz
         Counsel
         PA Department of Revenue
         Office of Chief Counsel
         P.O. Box 281061
         Harrisburg, PA 17128-1061
         PA Attorney I.D.:  309233
         Phone: (717) 346-4645
         Facsimile: (717) 772-1459
         JoseSwartz@pa.gov