**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | ) | Chapter 13 |
| **MICHELLE ROBERTSON and** | ) | Case No: 19-16797-JKF |
| **JOANN ROBERTSON** | ) | |
|     Debtors | ) | |
| | ) | |
| 21st MORTGAGE CORPORATION | ) | |
|     Movant | ) | |
|     vs. | ) | |
| | ) | |
| MICHELLE ROBERTSON and | ) | |
| JOANN ROBERTSON | ) | |
|     Respondents | | |

**CERTIFICATION OF NO RESPONSE**

    I, Thomas A. Capehart, Esquire, attorney for the Movant, hereby certify that no answer, objection or other responsive pleading has been served upon me in connection with 21st Mortgage Corporation's Motion for Relief From the Automatic Stay with regard to 2001 SCHT manufactured home serial number T000653 ("Manufactured Home") which was served upon all parties of interest on February 12, 2020.

Date: <u>March 4, 2020</u>         */s/ Thomas A. Capehart*
                                                    Thomas A. Capehart, Esquire
                                                    Attorney for Movant, 21st Mortgage Corp.
                                                    33 S. 7th Street, PO Box 4060
                                                    Allentown, PA  18105-4060
                                                    (610) 820-5450
                                                    BAR I.D. #57440