**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE:** ) | Chapter 13 | |
| **MICHELLE ROBERTSON and** ) | Case No: 19-16797-JKF | |
| **JOANN ROBERTSON** ) | | |
| Debtors ) | | |
| ) | | |
| 21st MORTGAGE CORPORATION ) | | |
| Movant ) | Hearing Date: March 4, 2020 at 9:30 a.m. | |
| vs. ) | | |
| ) | | |
| MICHELLE ROBERTSON and ) | | |
| JOANN ROBERTSON ) | | |
| Respondents ) | MOTION FOR STAY RELIEF | |

**ORDER**

AND NOW, this __4th__ day of __March__, 2020, upon consideration of the Motion seeking Stay Relief filed by 21st Mortgage Corporation ("21st Mortgage"), pursuant to 11 U.S.C. Sections 362(d), any response thereto, and for good cause appearing, it is hereby

ORDERED that the Motion for Stay Relief filed by 21st Mortgage is hereby GRANTED; and it is further;

ORDERED that the automatic stay provisions of Section 362 of the Bankruptcy Code are hereby terminated with respect to 21st Mortgage; and it is further;

ORDERED that 21st Mortgage is entitled to proceed with any and all available state court remedies against that certain 2001 SCHT manufactured home serial number T000653("Manufactured Home");

BY THE COURT:

_____
JEAN K. FITZSIMON
United States Bankruptcy Judge