United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 19-16797-jkf
Michelle Robertson                                                    Chapter 13
Joann Robertson
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2           User: John                  Page 1 of 1                  Date Rcvd: Mar 05, 2020
                               Form ID: pdf900             Total Noticed: 9

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 07, 2020.
db/jdb         +Michelle Robertson,    Joann Robertson,    2829 Westerham Road,    Downingtown, PA 19335-6019
cr             +21st Mortgage Corporation,    c/oThomas A.Capehart,    Gross McGinley, LLP,
                 33 S. Seventh Street,    Allentown, PA 18101-2418
cr             +LoanCare, LLC as servicer for Lakeview Loan Servic,    c/o ANN E. SWARTZ,
                 123 South Broad Street, Suite 2080,    Philadelphia, PA 19109-1031

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: megan.harper@phila.gov Mar 06 2020 03:21:02      City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 06 2020 03:20:44
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Mar 06 2020 03:20:56      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr             +E-mail/PDF: acg.acg.ebn@americaninfosource.com Mar 06 2020 03:16:33
                 Capital One Auto Finance, a division of Capital On,    4515 N Santa Fe Ave. Dept. APS,
                 Oklahoma City, OK 73118-7901
cr             +E-mail/Text: mstranen@marcushoffman.com Mar 06 2020 03:20:03
                 Reserves at Bailey Station Homeowners Association,    c/o Michelle J. Stranen, Esquire,
                 326 West State Street,    Media, PA 19063-3861
14418990        E-mail/Text: ebn@21stmortgage.com Mar 06 2020 03:20:51      21st Mortgage Corp,    P.O. Box 477,
                 Knoxville, TN 37901
                                                                                                TOTAL: 6

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 07, 2020                             Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 5, 2020 at the address(es) listed below:
              ANN E. SWARTZ    on behalf of Creditor    LoanCare, LLC as servicer for Lakeview Loan Servicing,
               LLC. ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com
              JOSEPH JASPER SWARTZ    on behalf of Creditor    PA Dept of Revenue RA-occbankruptcy2@state.pa.us,
               RA-occbankruptcy6@state.pa.us
              KEVIN G. MCDONALD    on behalf of Creditor    Toyota Motor Credit Corporation
               bkgroup@kmllawgroup.com
              MICHELLE JEANNE STRANEN    on behalf of Creditor    Reserves at Bailey Station Homeowners
               Association mstranen@marcushoffman.com
              PAUL S. PETERS, III    on behalf of Joint Debtor Joann  Robertson ppeters@pmrbm.com
              PAUL S. PETERS, III    on behalf of Debtor Michelle  Robertson ppeters@pmrbm.com
              SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com
              THOMAS A. CAPEHART    on behalf of Creditor    21st Mortgage Corporation JKacsur@grossmcginley.com,
               ehutchinson@grossmcginley.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 9

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | Chapter 13 |
| **MICHELLE ROBERTSON and** ) | Case No: 19-16797-JKF |
| **JOANN ROBERTSON** ) | |
| Debtors ) | |
| ) | |
| 21st MORTGAGE CORPORATION ) | |
| Movant ) | Hearing Date: March 4, 2020 at 9:30 a.m. |
| vs. ) | |
| ) | |
| MICHELLE ROBERTSON and ) | |
| JOANN ROBERTSON ) | |
| Respondents ) | MOTION FOR STAY RELIEF |

### ORDER

AND NOW, this __4th__ day of __March__, 2020, upon consideration of the Motion seeking Stay Relief filed by 21st Mortgage Corporation ("21st Mortgage"), pursuant to 11 U.S.C. Sections 362(d), any response thereto, and for good cause appearing, it is hereby

ORDERED that the Motion for Stay Relief filed by 21st Mortgage is hereby GRANTED; and it is further;

ORDERED that the automatic stay provisions of Section 362 of the Bankruptcy Code are hereby terminated with respect to 21st Mortgage; and it is further;

ORDERED that 21st Mortgage is entitled to proceed with any and all available state court remedies against that certain 2001 SCHT manufactured home serial number T000653("Manufactured Home");

BY THE COURT:

_____
JEAN K. FITZSIMON
United States Bankruptcy Judge