United States Bankruptcy Court
Eastern District of Pennsylvania

```
In re:                                                        Case No. 19-16797-jkf
Michelle Robertson                                            Chapter 13
Joann Robertson
      Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0313-2         User: John              Page 1 of 2              Date Rcvd: May 28, 2020
                             Form ID: pdf900        Total Noticed: 49
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 30, 2020.
```
db/jdb         +Michelle Robertson,    Joann Robertson,    2829 Westerham Road,    Downingtown, PA 19335-6019
cr             +21st Mortgage Corporation,    c/oThomas A.Capehart,    Gross McGinley, LLP,
                 33 S. Seventh Street,    Allentown, PA 18101-2418
cr             +LoanCare, LLC as servicer for Lakeview Loan Servic,    c/o ANN E. SWARTZ,
                 123 South Broad Street, Suite 2080,    Philadelphia, PA 19109-1031
14418992       +Assoica Mid-Atlantic,    1225 Alma Road, Ste. 100,    Richardson, TX 75081-2298
14418994       +BFS Capital,    263 W. 38th Street,    New York, NY 10018-0686
14418993       +Best Buy/CBNA,    P.O. Box 6497,    Sioux Falls, SD 57117-6497
14418996       +Caln Township/CTMA,    P.O. Box 1004,    Downingtown, PA 19335-0904
14440019        Capital One, N.A.,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
14448531        Citibank, N.A.,    5800 S Corporate Pl,    Sioux Falls, SD  57108-5027
14418998       +Coast to Coast Financial/Insight Pest,    1214 Copeland Oaks Drive,    Morrisville, NC 27560-6614
14418999       +Dtown Properties, LLC,    c/o Nicholas W. Stathes, Esquire,    400 Berwyn Park,
                 899 Cassatt Road, Ste. 320,    Berwyn, PA 19312-1190
14429068       +JPMorgan Chase Bank, N.A.,    s/b/m/t Chase Bank USA, N.A.,
                 c/o Robertson, Anschutz & Schneid, P.L.,    6409 Congress Avenue, Suite 100,
                 Boca Raton, FL 33487-2853
14419003       +Lakeview Loan Servicing, LLC,    3637 Sentara Way,    Virginia Beach, VA 23452-4262
14446025       +LoanCare LLC,    3637 Sentara Way,    Virginia Beach, VA 23452-4262
14417930       +LoanCare, LLC,    as servicer for Lakeview Loan Servicing,,    c/o ANN E. SWARTZ,
                 123 South Broad Street, Suite 2080,    Philadelphia, PA 19109-1031
14419004       +Mariner Finance, LLC,    5802 E. Virginia Beach Blvd., Ste. 121,    Norfolk, VA 23502-2483
14419006       +Navient Solutions,    P.O. Box 8961,    Madison, WI 53708-8961
14448512       +Navient Solutions, LLC. on behalf of,    ECMC,    PO BOX 16408,    St Paul, MN 55116-0408
14449093       +Nicholas W. Stathes,    899 Cassatt Road,    Suite 320,    Berwyn, PA 19312-1190
14419009       +Progressive Specialty Ins. Co.,    P.O. Box 6807,    Cleveland, OH 44101-1807
14419011       +Recovery Solutions,    1008 Mattlind Way,    Milford, DE 19963-5300
14419015       +TD Bank/Target Credit,    P.O. Box 673,    Minneapolis, MN 55440-0673
14419017      ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
               (address filed with court:  Toyota Motor Credit Corp,     5005 N. River Blvd. NE,
                 Cedar Rapids, IA 52411)
14419016       +Tidewater Finance/Home Depot,    6520 Indian River Road,    Virginia Beach, VA 23464-3439
14435901        Toyota Motor Credit Corporation,    PO Box 9013,    Addison, Texas 75001-9013
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: megan.harper@phila.gov May 29 2020 05:05:49      City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov May 29 2020 05:05:41      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr             +E-mail/PDF: acg.acg.ebn@americaninfosource.com May 29 2020 05:27:03
                 Capital One Auto Finance, a division of Capital On,    4515 N Santa Fe Ave. Dept. APS,
                 Oklahoma City, OK 73118-7901
cr             +E-mail/Text: mstranen@marcushoffman.com May 29 2020 05:05:08
                 Reserves at Bailey Station Homeowners Association,    c/o Michelle J. Stranen, Esquire,
                 326 West State Street,    Media, PA 19063-3861
14418990        E-mail/Text: ebn@21stmortgage.com May 29 2020 05:05:36      21st Mortgage Corp,    P.O. Box 477,
                 Knoxville, TN 37901
14418991        E-mail/Text: ebnbankruptcy@ahm.honda.com May 29 2020 05:05:37      American Honda Finance,
                 P.O. Box 168088,    Irving, TX 75016
14427096        E-mail/Text: ebnbankruptcy@ahm.honda.com May 29 2020 05:05:37
                 American Honda Finance Corporation,    National Bankruptcy Center,    P.O. Box 168088,
                 Irving, TX 75016-8088
14418995       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM May 29 2020 05:05:18      Boscov’s,
                 P.O. Box 183003,    Columbus, OH 43218-3003
14418997       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com May 29 2020 05:25:53      Capital One,
                 P.O. Box 30281,    Salt Lake City, UT 84130-0281
14417237       +E-mail/PDF: acg.acg.ebn@americaninfosource.com May 29 2020 05:27:03
                 Capital One Auto Finance, a division of,    AIS Portfolio Services, LP,
                 4515 N Santa Fe Ave. Dept. APS,    Oklahoma City, OK 73118-7901
14419000        E-mail/Text: sbse.cio.bnc.mail@irs.gov May 29 2020 05:05:15      Dept. of the Treasury,
                 Internal Revenue Service,    PO Box 7346,    Phila., PA 19101-7346
14419001       +E-mail/PDF: ais.chase.ebn@americaninfosource.com May 29 2020 05:27:01      JPMCB,
                 301 N. Walnut Street, Floor 09,    Wilmington, DE 19801
14419002       +E-mail/Text: bncnotices@becket-lee.com May 29 2020 05:05:12      Kohls,    P.O. Box 3115,
                 Milwaukee, WI 53201-3115
14448491        E-mail/Text: GUARBKe-courtdocs@ascendiumeducation.org May 29 2020 05:05:09
                 Navient Solutions, LLC. on behalf of,    Ascendium Education Solutions Inc,    PO BOX 8961,
                 Madison, WI 53708-8961
14419008        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 29 2020 05:25:02
                 Portfolio Recovery,    120 Corporate Blvd.,    Ste. 100,    Norfolk, VA 23502
```

```
District/off: 0313-2            User: John                   Page 2 of 2                   Date Rcvd: May 28, 2020
                                Form ID: pdf900              Total Noticed: 49
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
14436194         E-mail/Text: RVSVCBICNOTICE1@state.pa.us May 29 2020 05:05:28
                  Pennsylvania Department of Revenue,   Bankruptcy Division P O Box 280946,
                  Harrisburg PA  17128-0946
14419007        +E-mail/Text: RVSVCBICNOTICE1@state.pa.us May 29 2020 05:05:29
                  Pennsylvania Department of Revenue,   P.O. Box 280946,   Harrisburg, PA 17128-0946
14419010        +E-mail/Text: bnc-quantum@quantum3group.com May 29 2020 05:05:20     Quantum3 Group LLC,
                  P.O. Box 788,   Kirkland, WA 98083-0788
14416331         E-mail/Text: bnc-quantum@quantum3group.com May 29 2020 05:05:20
                  Quantum3 Group LLC as agent for,   MOMA Funding LLC,   PO Box 788,   Kirkland, WA  98083-0788
14419012        +E-mail/Text: bankruptcy@bfscapital.com May 29 2020 05:05:36     Small Business Term Loans, Inc.,
                  3301 N. University Drive, Ste. 300,   Pompano Beach, FL 33065-4149
14448648        +E-mail/PDF: gecsedi@recoverycorp.com May 29 2020 05:27:01     Synchrony Bank,
                  c/o PRA Receivables Management, LLC,   PO Box 41021,   Norfolk VA 23541-1021
14419013        +E-mail/PDF: gecsedi@recoverycorp.com May 29 2020 05:27:03     Synchrony Bank/Toys R' Us Card,
                  950 Forrer Blvd.,   P.O. Box 965036,   Orlando, FL 32896-5036
14419014         E-mail/Text: bankruptcy@td.com May 29 2020 05:05:36     TD Bank,   P.O. BOx 84037,
                  Columbus, GA 31908
14419005        +E-mail/Text: mstranen@marcushoffman.com May 29 2020 05:05:08     The Reserves at Bailey Station,
                  Homeowners Assoc.,   c/o Michelle J. Stranen, Esq.,   326 West State Street,
                  Media, PA 19063-3861
                                                                                              TOTAL: 24

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
smg*            Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
                  Harrisburg, PA  17128-0946
14417268*       +Capital One Auto Finance, a division of,   AIS Portfolio Services, LP,
                  4515 N Santa Fe Ave. Dept. APS,   Oklahoma City, OK 73118-7901
14440068*        Capital One, N.A.,   c/o Becket and Lee LLP,   PO Box 3001,   Malvern PA 19355-0701
14448511*        Navient Solutions, LLC. on behalf of,   Ascendium Education Solutions Inc,   PO BOX 8961,
                  Madison, WI 53708-8961
                                                                                             TOTALS: 0, * 4, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 30, 2020                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 28, 2020 at the address(es) listed below:
```
              ANN E. SWARTZ    on behalf of Creditor   LoanCare, LLC as servicer for Lakeview Loan Servicing,
               LLC. ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com
              JOSEPH JASPER SWARTZ    on behalf of Creditor    PA Dept of Revenue RA-occbankruptcy2@state.pa.us,
               RA-occbankruptcy6@state.pa.us
              KEVIN G. MCDONALD    on behalf of Creditor    Toyota Motor Credit Corporation
               bkgroup@kmllawgroup.com
              MICHELLE JEANNE STRANEN    on behalf of Creditor    Reserves at Bailey Station Homeowners
               Association mstranen@marcushoffman.com
              PAUL S. PETERS, III    on behalf of Joint Debtor Joann  Robertson ppeters@thepetersfirm.com,
               ppeters@pmrbm.com
              PAUL S. PETERS, III    on behalf of Debtor Michelle  Robertson ppeters@thepetersfirm.com,
               ppeters@pmrbm.com
              SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com
              THOMAS A. CAPEHART    on behalf of Creditor    21st Mortgage Corporation JKacsur@grossmcginley.com,
               ehutchinson@grossmcginley.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                               TOTAL: 9
```

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| In Re: | Chapter 13 |
|---|---|
| Michelle Robertson | |
| Joann Robertson | Bankruptcy No. 19-16797-JKF |
| Debtors | |

ORDER DISMISSING CHAPTER 13 CASE

AND NOW, after notice and hearing, it is ORDERED that the case is DISMISSED.

IT IS FURTHER ORDERED that any wage order entered in this case is hereby TERMINATED and the employer shall cease wage withholding immediately.

**Date: May 28, 2020**

JEAN K. FITZSIMON
U.S. BANKRUPTCY JUDGE