# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| *In Re:* Michelle and Joann Robertson | : | Bankruptcy No.: 19-16797-AMC |
| | : | Chapter 13 |
| | : | Hearing Date: June 9, 2021 at 11:00 am |

## NOTICE OF MOTION, RESPONSE DEADLINE, AND HEARING DATE

Debtors have filed a Petition for Release of Unclaimed Funds.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney.)**

1. If you do not want the Court to grant the relief sought in the Petition or want the Court to consider your views on the Petition, then on or before June 7, 2021, you or your attorney must do all of the following:

    (a)    file an answer explaining your position via ECF filing or first-class mail to:

    U.S. Bankruptcy Court, Eastern District of Pennsylvania
    900 Market Street, Suite 400
    Philadelphia, PA 19107

    If you mail your answer to the Bankruptcy Clerk's office for filing, you must send it early enough so that it will get received on or before the date stated above; and

    (b)    mail or email a copy to the and Debtor's attorney at:

    Paul S. Peters III, Esquire
    The Peters Firm, PLLC
    P.O. Box 11227
    Elkins Park, PA 19406
    215-291-2944; ppeters@thepetersfirm.com

2. If you or your attorney do not take the steps described in paragraphs 1(a) and (b) above and attend the hearing, the Court may enter an order granting the relief requested in the Motion.

3. A hearing on the Petition will get held before the Honorable Ashely M. Chan, Bankruptcy Judge, on June 9, 2021, in Courtroom #4, at 11:00 am at United States Bankruptcy Court, 900 Market Street, Philadelphia, PA 19107. The hearing may get held via telephone or video conferencing; therefore, check the Court's website for further information.

4. If a copy of the Motion is not enclosed, a copy of the Petition will get provided to you if you are on the Clerk's Service List and you request a copy from the attorney named in paragraph (b).

5. You may contact the Bankruptcy Clerk's office at 215-408-2800 to determine whether the hearing has gotten canceled because no one filed an answer.