**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| *In Re:* Michelle and Joann Robertson | : | Bankruptcy No.: 19-16797-AMC |
| | : | Chapter 13 |
| | : | Case Dismissed on 5/28/2020 |

# ORDER

AND NOW, this _____ day of _____, 2021, upon this Court's consideration of Debtors' Petition for Release of Unclaimed Funds, that the Petition is GRANTED and this Court ORDERS the following:

The Clerk for the United States Bankruptcy Court for the Eastern District of Pennsylvania shall release funds held in the amount of $3,639.00 under bankruptcy case 19-16797, and made payable to Scott F. Waterman, Standing Chapter 13 Trustee, and to get applied to Chapter 13 case 20-12858. The funds shall get sent directly to the Chapter 13 Standing Trustee.

BY THE COURT:

_____
Honorable Ashely M. Chan

**Date: June 9, 2021**