United States Bankruptcy Court

Eastern District of Pennsylvania

In re:   Case No. 19-16797-amc

Michelle Robertson   Chapter 13

Joann Robertson

    Debtors

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jun 09, 2021 | Form ID: pdf900 | Total Noticed: 5 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 11, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Michelle Robertson, Joann Robertson, 2829 Westerham Road, Downingtown, PA 19335-6019 |
| cr | + | 21st Mortgage Corporation, c/oThomas A.Capehart, Gross McGinley, LLP, 33 S. Seventh Street, Allentown, PA 18101-2418 |
| cr | + | LoanCare, LLC as servicer for Lakeview Loan Servic, c/o ANN E. SWARTZ, 123 South Broad Street, Suite 2080, Philadelphia, PA 19109-1031 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@americaninfosource.com | Jun 10 2021 01:16:03 | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/Text: mstranen@marcushoffman.com | Jun 10 2021 01:55:00 | Reserves at Bailey Station Homeowners Association, c/o Michelle J. Stranen, Esquire, 326 West State Street, Media, PA 19063-3861 |

TOTAL: 2

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 11, 2021      Signature:      /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 9, 2021 at the address(es) listed below:

**Name**      **Email Address**

ANN E. SWARTZ

Case 19-16797-amc    Doc 53    Filed 06/11/21    Entered 06/12/21 00:51:39    Desc Imaged
Certificate of Notice    Page 2 of 3

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jun 09, 2021 | Form ID: pdf900 | Total Noticed: 5 |

on behalf of Creditor LoanCare  LLC as servicer for Lakeview Loan Servicing, LLC. ecfmail@readingch13.com, ecfmail@ecf.courtdrive.com

JOSEPH JASPER SWARTZ
on behalf of Creditor PA Dept of Revenue RA-occbankruptcy2@state.pa.us  RA-occbankruptcy6@state.pa.us

KEVIN G. MCDONALD
on behalf of Creditor Toyota Motor Credit Corporation bkgroup@kmllawgroup.com

MICHELLE JEANNE STRANEN
on behalf of Creditor Reserves at Bailey Station Homeowners Association mstranen@marcushoffman.com

PAUL S. PETERS, III
on behalf of Debtor Michelle Robertson ppeters@thepetersfirm.com  ppeters@pmrbm.com

PAUL S. PETERS, III
on behalf of Joint Debtor Joann Robertson ppeters@thepetersfirm.com  ppeters@pmrbm.com

SCOTT F. WATERMAN (Chapter 13)
ECFMail@ReadingCh13.com

THOMAS A. CAPEHART
on behalf of Creditor 21st Mortgage Corporation JKacsur@grossmcginley.com  ehutchinson@grossmcginley.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 9

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| *In Re:* Michelle and Joann Robertson | : | Bankruptcy No.: 19-16797-AMC |
| | : | Chapter 13 |
| | : | Case Dismissed on 5/28/2020 |

## ORDER

AND NOW, this _____ day of _____, 2021, upon this Court's consideration of Debtors' Petition for Release of Unclaimed Funds, that the Petition is GRANTED and this Court ORDERS the following:

The Clerk for the United States Bankruptcy Court for the Eastern District of Pennsylvania shall release funds held in the amount of $3,639.00 under bankruptcy case 19-16797, and made payable to Scott F. Waterman, Standing Chapter 13 Trustee, and to get applied to Chapter 13 case 20-12858. The funds shall get sent directly to the Chapter 13 Standing Trustee.

BY THE COURT:

_____          **Date: June 9, 2021**
Honorable Ashely M. Chan